USMS
USMS-WDNY

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

2008 JUL 14 P 1:37

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| NOEL VEGA | RECEIVED |
| | Case Number: CR 99-14 ERIE |
| | USM Number: N/A |
| | Thomas W. Patton, PDA |
| | Defendant's Attorney |

2008 JUL 29 AM 8:44
CLERK US DISTRICT COURT

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __see violations listed on page 2__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

RECEIVED
U.S. MARSHAL
2008 JUL 2[?] PM 1:08
PITTSBURGH PA

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | see violations listed on page 2 | |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: __n/a__

Defendant's Date of Birth: __n/a__

Defendant's Residence Address:
__n/a__

Defendant's Mailing Address:
__n/a__

April 1, 2008
Date of Imposition of Judgment

Sean J. McLaughlin
Signature of Judge

Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US
Date: 2008.04.01 14:03:55 -04'00'

Sean J. McLaughlin, United States District Judge
Name and Title of Judge

April 1, 2008
Date

CERTIFIED FROM THE RECORD
Date 4-1-08
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  5

**DEFENDANT:** NOEL VEGA
**CASE NUMBER:** CR 99-14 ERIE

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard condition | The defendant shall not commit another federal, state, or local crime. | 1/31/07 |
| Standard condition | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | 1/31/07 |
| Standard condition | The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. | 1/31/07 |
| Standard condition | The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. | 1/31/07 |
| Standard condition | The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. | 1/31/07 |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __3__ of __5__

**DEFENDANT:**       NOEL VEGA
**CASE NUMBER:**     CR 99-14 E

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

   18 MONTHS

X   The court makes the following recommendations to the Bureau of Prisons:
    THAT THIS DEFENDANT BE INCARCERATED AT F.C.I. ELKTON

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __6/20/08__ to __MCK__

a __900 A__ with a certified copy of this judgment.

Del to fev
4/4/08

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

**DEFENDANT:**    NOEL VEGA
**CASE NUMBER:**    CR 99-14 ERIE

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
3 YEARS WITH SAME TERMS AND CONDITIONS ORIGINALLY IMPOSED.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

- ☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
         Sheet 3A — Supervised Release

Judgment—Page 5 of 5

DEFENDANT:     NOEL VEGA
CASE NUMBER:   CR 99-14 E

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall not illegally possess a controlled substance.

2. The defendant shall not possess a firearm or destructive device.

3. The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two tests a year thereafter.

For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

These are in addition to any other conditions imposed by this Judgment
Upon finding a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision. All of the conditions listed in this order have been read to me. I fully understand the conditions and have been provided a copy of them.

_____  _____
Defendant's Signature        Date

_____  _____
Probation Officer's Signature  Date